### PETER BLOOD *vs.* BETSEY DARRAH, *Administratrix.*

In an action of assumpsit against an executor or administrator, "never promised within six years," is a good plea. If the testator or intestate at the time of his decease was liable, and the action commenced within two years from his decease, that matter should be replied to the plea.

This was an action of assumpsit. The first count was upon a note dated Feb. 26, 1810, for $98, payable by the defendant's intestate to the plaintiff on demand, with interest. The second count was upon a note dated March 2, 1808, for $6, payable by the intestate to the plaintiff on demand with interest.

To these counts the defendant pleaded that the said causes of action did not accrue to the plaintiff at any time within six years next before the commencement of this action.

To which plea there was a general demurrer.

*Lawrence,* for the plaintiff.

*Farley,* for the defendant.

*By the Court.* The demurrer in this case is not well taken. The plea is in law sufficient to bar the action. If the intestate was at the time of his decease liable to an action upon these notes, and this action was commenced within two years from the time when the defendant

Blood
vs.
Darrah.

took out letters of administration, that matter ought to have been specially replied to the plea.  2 *Saunders* 63, H. *note.*—2. *Chitty's Pl.* 608.—1 *do.* 554.

*Plea adjudged good.*